# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLOBAL FORWARDING LTD., <br><br> Plaintiff, <br><br> v. <br><br> OU HOLDINGS LTD., STRATEGIC MARKETING & MANAGEMENT SERVICES, LLC., McLANE COMPANY INC., WAL-MART STORES, INC., SAM'S WEST, INC., AND SAM'S EAST, INC., <br><br> Defendants. | Civil Action No.: 11-3220 (CCC) <br><br> **O R D E R** |

      **THIS MATTER** comes before the Court upon motion by Defendants OU Holdings Ltd. and Strategic Marketing & Management Services, LLC. (collectively, "Defendants") to dismiss Plaintiff Global Forwarding Ltd.'s ("Plaintiff") Complaint for improper service pursuant to Federal Rule of Civil Procedure 12(b)(5), for lack of personal jurisdiction pursuant to Rule 12(b)(2), and failure to state a claim pursuant to Rule 12(b)(6). [ECF No.15 .]  On April 3, 2012, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Court Deny Defendants' motion to dismiss and grant Plaintiff jurisdictional discovery. [ECF No. 36.]  No objections have been filed thereto.  The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation dated April 3, 2012, and for substantially the same reasons stated therein,

      **IT IS** on this   18th   day of   April  , 2012,

      **ORDERED** that this Court adopts Judge Dickson's April 3, 2012 Report and Recommendation and thus Denies without prejudice Defendants' motion to dismiss pending discovery regarding whether the Court can properly exercise jurisdiction over Defendants.

      *s/ Claire C. Cecchi*
      **HON. CLAIRE C. CECCHI**
      **United States District Judge**